IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CLAUDIA WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:16-cv-107-JRH-BKE |
| | ) | |
| ERIC K. FANNING, Secretary of the Army, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the United States' motion for temporary stay of the proceedings in light of a Government lapse in appropriations,

**IT IS HEREBY ORDERED** that the proceedings and deadlines in this case shall be stayed until further notice by the Court.

**ORDER ENTERED** at _Augusta, Ga._, this _22nd_ day of January, 2018.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA