# United States District Court
## Southern District of Georgia

CLAUDIA WASHINGTON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 116-107

ERIK K. FANNING, Secretary of the Army,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 11, 2019, that Defendant's motions for partial dismissal and summary judgment are granted. Judgment is hereby entered in favor of Defendant on all of Plaintiff's claims. This case stands closed.

03/11/2019  
*Date*

Scott L. Poff  
*Clerk*

/s/ Jamie Hodge  
*(By) Deputy Clerk*